JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA CHUNG NAM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MITSUI O.S.K. LINES, LTD. et al., <br><br> Defendants. | Case No. 2:23-cv-07676-SB-JPR <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order granting Defendants' motion to compel arbitration entered this date, it is ORDERED AND ADJUDGED that the parties are directed to arbitration, and this case is dismissed without prejudice.

This is a final judgment.

Date: December 19, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge